**Opinion filed May 30, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00165-CR

_____

## IN RE JEREMY DAVID HOWARD

**Original Mandamus Proceeding**

## M E M O R A N D U M   O P I N I O N

Relator, Jeremy David Howard, has filed a pro se petition for writ of mandamus complaining of the "Shelby County District Court" with respect to relator's criminal proceedings.

TEX. GOV'T CODE ANN. § 22.221(b)(1) (West 2004) provides that each court of appeals for a court of appeals district may issue all writs of mandamus, agreeable to the principles of law regulating those writs, "against a judge of a district or county court in the court of appeals district." Shelby County is not in the Eleventh Court of Appeals District. TEX. GOV'T CODE ANN. § 22.201(*l*) (West Supp. 2012). Instead, Shelby County is in the Twelfth Court of Appeals District. *See* GOV'T § 22.201(m). Therefore, we do not have jurisdiction to issue a writ of mandamus against either a judge or district court of Shelby County.

Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

May 30, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.